UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL EARL CROWELL,

    Plaintiff,

    v.

U.S. BANKCORP, INC.,

    Defendant.

Case No. 15-cv-05776-WHO

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 10

Defendant filed a motion to dismiss plaintiff's complaint. Dkt. No. 10. That matter is set to be heard on January 27, 2016. Plaintiff's opposition or response to that motion **was due on January 6, 2016**. As of the date of this Order, plaintiff has not filed an opposition or otherwise responded to defendant's motion to dismiss.

Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute **by filing an opposition or other response to the motion to dismiss by January 27, 2016**. If plaintiff does not file such response by that date, this case may be dismissed for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (listing factors relevant to whether to dismiss for lack of prosecution).

If plaintiff files his opposition by January 27, 2016, defendant's reply is due by February 3, 2016. The hearing on the motion to dismiss is reset to **February 10, 2016** at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, California.

**IT IS SO ORDERED**.

Dated: January 14, 2016



WILLIAM H. ORRICK
United States District Judge