UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EARL CROWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANKCORP, INC.,<br><br>    Defendant. | Case No. 15-cv-05776-WHO<br><br>**ORDER DIRECTING SERVICE BY MAIL**<br><br>Re: Dkt. Nos. 10, 11, 12 |

It has come to my attention that plaintiff Michael Earl Crowell may have received only email notification of the filing of a number of documents in this matter. Crowell is a pro se litigant who has not moved for permission to e-file and has not agreed to accept service of documents by email. As such, he is entitled to service by U.S. Mail, not email.

Defense counsel is directed to serve the Motion to Dismiss (Dkt. No. 10) and the Request for Judicial Notice (Dkt. No. 11) upon Crowell by U.S. Mail no later than February 5, 2016 and to file a Certificate of Service reflecting that service. Copies of any future filings should be served upon Crowell by U.S. Mail along with a Certificate of Service reflecting said service.

The Clerk of the Court is directed to serve copies of this Order and of the previously entered Order to Show Cause (Dkt. No. 12) upon Crowell by U.S. Mail and to reflect that service on the case docket. However, in light of the service problems in this case, the Order to Show Cause is dissolved and shall have no effect.

**The deadline for Crowell to respond to the Motion to Dismiss is extended to February 24, 2016.** Defendant's reply brief is due by March 2, 2016. **The hearing on the Motion to Dismiss is reset to March 9, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate**

1   **Avenue, San Francisco, California.**

2   **IT IS SO ORDERED.**

3   Dated: February 4, 2016



WILLIAM H. ORRICK
United States District Judge