UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EARL CROWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANKCORP, INC.,<br><br>    Defendant. | Case No. 15-cv-05776-WHO<br><br>**SECOND ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |

On December 23, 2015, defendant filed a motion to dismiss plaintiff's complaint. Dkt. No. 10. When plaintiff failed to file an opposition or other response to the motion, I issued an Order to Show Cause directing plaintiff to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 12. Then, when it appeared that plaintiff may not have received notice of defendant's motion to dismiss or of the Order to Show Cause, I dissolved the Order to Show Cause, directed that the relevant filings and orders from this case be served on plaintiff by standard U.S. Mail, and gave plaintiff until February 24, 2016 to respond to defendant's motion to dismiss. Dkt. No. 13. The hearing on the motion to dismiss is currently set for March 9, 2016.

As of the date of this Order, plaintiff still has not filed an opposition or other response to defendant's motion to dismiss. Accordingly, **plaintiff is again ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing an opposition or other response to defendant's motion to dismiss by March 9, 2016**. If plaintiff does not file such response by that date, this case may be dismissed for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (listing factors relevant to whether to dismiss for failure to prosecute).

If plaintiff files his opposition by March 9, 2016, defendant's reply is due by March 16,

2016.  The hearing on the motion to dismiss is RESET to March 30, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 1, 2016



WILLIAM H. ORRICK
United States District Judge